IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| EVELYN GREEN, | * |
| Plaintiff | * |
| vs. | CASE NO. 3:09-CV-100 (CDL) |
| | * |
| MICHAEL J. ASTRUE, Commissioner of Social Security | * |
| | * |
| Defendant | * |

ORDER ON RECOMMENDATION TO REMAND

After a *de novo* review of the record in this case, the Report and Recommendation by the United States Magistrate Judge filed March 31, 2010, has been read and considered and is hereby approved, adopted, and made the Order of the Court. Accordingly, this case is remanded for further action consistent with the Recommendation by the Magistrate Judge.

IT IS SO ORDERED, this 28th day of April, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE